# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAFOCO, INC., | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-0437-JRG-RSP |
| KLX ENERGY SERVICES, LLC, | § § § | |
| *Defendant.* | § § § | |

## ORDER

Defendant KLX Energy Services filed a Motion to Dismiss or Transfer Venue ("Motion") (Dkt. No. 8.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 29), recommending denial of KLX's Motion. KLX has now filed Objections (Dkt. No. 30.)

After conducting a *de novo* review of the briefing on the Motion, the Report and Recommendation, and KLX's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** KLX's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion (Dkt. No. 8) is **DENIED**.

**So Ordered this**

**Jun 29, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE